IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON DOUGLAS SKAGGS,

    Petitioner,

v.

MR. BOWSER; BRIDGETT AMSBERRY, Superintendent TRCI,

    Respondent.

Case No. 6:18-cv-01287-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 51), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 51) is adopted in full. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and the Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

1 –ORDER

IT IS SO ORDERED.

    DATED this 11th day of March, 2021.

                                                                                                     s/Michael J. McShane

                                                                                             Michael McShane  
                                                                      United States District Judge